SOCIETE FABRIQUES DE PRODUITS CHIMIQUES DE THANN ET DE MULHOUSE v. FRENCH & AMERICAN TRADING CO. et al. (Circuit Court of Appeals, Second Circuit. October 4, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Lee & Lee, for appellant. Stern & Rushmore, for appellees. Dismissed on consent, pursuant to the twentieth rule. See 82 Fed. 439.

---

SUPREME LODGE KNIGHTS OF PYTHIAS v. ROBINSON. (Circuit Court of Appeals, Second Circuit. March 17, 1898.) In Error to the Circuit Court of the United States for the Southern District of New York. L. G. & W. A. Goodhart, for plaintiff in error. Hackett & Williams, for defendant in error. Dismissed on consent, pursuant to the twentieth rule.

---

THIRD NAT. BANK OF BOSTON v. MERCHANTS' NAT. BANK OF PROVIDENCE. (Circuit Court of Appeals, First Circuit. October 10, 1899.) No. 286. In Error to the Circuit Court of the United States for the District of Massachusetts. Moorfield Storey and John L. Thorndike, for plaintiff in error. Louis D. Brandeis and Walter F. Angell, for defendant in error. Before COLT, Circuit Judge, and WEBB, District Judge. No opinion. Judgment affirmed on agreement.

---

UNITED STATES v. BARTRAM et al. (Circuit Court of Appeals, Second Circuit. September 16, 1897). Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Arthur L. Sherer, Jr., for appellees. Dismissed on consent, pursuant to the twentieth rule. See 77 Fed. 604.

---

UNITED STATES v. BARTRAM. (Circuit Court of Appeals, Second Circuit. September 14, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Benjamin Barker, for appellee. Dismissed on consent, pursuant to the twentieth rule. See 77 Fed. 604.

---

UNITED STATES v. BARTRAM. (Circuit Court of Appeals, Second Circuit. September 16, 1897.) Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane, U. S. Atty. Benjamin Barker, for appellee. Dismissed on consent, pursuant to the twentieth rule. See 77 Fed. 604.

---

UNITED STATES v. CHAMPION. (Circuit Court of Appeals, Seventh Circuit. June 13, 1899.) No. 585. Appeal from the Circuit Court of the United States for the District of Illinois. S. H. Bethea, for the United States. Joseph B. David, for appellee. Dismissed.

---

UNITED STATES v. PASSAVANT et al. (Circuit Court of Appeals, Second Circuit. February 16, 1898.) No. 40. Appeal from the Circuit Court of the United States for the Southern District of New York. Wallace Macfarlane,